**No. 56310.**—Accurate Millinery Co. et al. *v.* United States, protests 168254–K, etc. (New York).

Opinion by Mollison, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56311.**—The Otto Gerdau Co. et al. *v.* United States, protests 174177–K, etc. (New York).

Opinion by Mollison, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56312.**—Aimcee Wholesale Corporation et al. *v.* United States, protests 177640–K, etc. (New York).

Opinion by Mollison, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.